UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEON MIDDLETON AND ORIEN WHITE,

                Plaintiff,

-against-

ERNEST PAULHAMUS AND SUSQUEHANNA
TRANSIT CO. INC.,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

05 CIVIL 10324(LAP)

**JUDGMENT**

      The issues in the above-entitled action having been brought on for trial before the Honorable Loretta A Preska, United States District Judge, and a jury on May 5, 2008, and at the conclusion of the trial the jury having returned a verdict in favor of the defendant, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
            May 21, 2008

SO ORDERED

*Loretta A Preska*
     USDJ

**J. MICHAEL McMAHON**
_____
      **Clerk of Court**

BY: _____
      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____